UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHLEEN AMIOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:20-cv-02922-JRS-DLP |
| | ) |
| NSK AMERICAS INC., | ) |
| | ) |
| Defendant. | ) |

**Final Judgment**

All claims by Plaintiff against Defendant are **dismissed with prejudice**.  It is ordered and adjudged that Plaintiff shall take nothing by way of her complaint against Defendant.  This is a **final judgment** under Federal Rule of Civil Procedure 58.  This case is closed.

Date: 08/22/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution to registered counsel of record via CM/ECF.